J. Gregory Saver
Abigail Snow
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Attorneys for The 740 Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF AMERICA, N.A., | : |
| Plaintiff, | : |
| - against - | : |
| KENT M. SWIG, ELIZABETH M. SWIG, THE 740 CORPORATION, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporation, if any, having or claiming an interest in or lien upon the premises described in the Complaint, | : Case No. 11 CV 4135 BSJ<br><br>: NOTICE OF APPEARANCE |
| Defendants. | : |

      PLEASE TAKE NOTICE that Defendant The 740 Corporation hereby appears in the above-entitled action through its attorneys, Satterlee Stephens Burke & Burke LLP, and hereby demands that all papers and notices of all proceedings in the action, including but not limited to notice of sale, notice of proceedings to obtain surplus moneys, notice of settlement or discontinuance of action, notice of appointment of referee, and notice of motion to confirm referee's report be served upon the undersigned.

Dated: New York, New York
       June 28, 2011

1189019_1

SATTERLEE STEPHENS BURKE & BURKE LLP
*Attorneys for The 740 Corporation*


By:   /s/ Abigail Snow
       J. Gregory Saver
       Abigail Snow
230 Park Avenue, Suite 1130
New York, New York 10169
Tel.: (212) 818-9200
asnow@ssbb.com
jsaver@ssbb.com