J. Gregory Saver
Abigail Snow
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Attorneys for The 740 Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BANK OF AMERICA, N.A., | : |
|  | : |
| Plaintiff, | : |
|  | : |
| - against - | : |
|  | : |
| KENT M. SWIG, ELIZABETH M. SWIG, THE 740 CORPORATION, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporation, if any, having or claiming an interest in or lien upon the premises described in the Complaint, | : Case No. 11 CV 4135 BSJ<br>:<br>: CERTIFICATE OF SERVICE |
|  | : |
| Defendants. | : |

      I hereby certify that on June 28, 2011, I electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, the following document:

NOTICE OF APPEARANCE

      and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

> Kent M. and Elizabeth M. Swig
> 740 Park Avenue, Unit 2/3D
> New York, NY 10021

Dated: New York, New York
       June 29, 2011

1190451_1

                    SATTERLEE STEPHENS BURKE & BURKE LLP
                    *Attorneys for The 740 Corporation*

By:  /s/ Abigail Snow
        J. Gregory Saver
        Abigail Snow
    230 Park Avenue, Suite 1130
    New York, New York 10169
    Tel.: (212) 818-9200
    asnow@ssbb.com
    jsaver@ssbb.com