Daniel F. Flores
Kathleen A. Daly
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 E. 42nd Street
New York, NY 10017
Telephone:   (212) 490-3000
Facsimile:   (212) 490-3038

Attorneys for Plaintiff, Bank of America, N.A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

**BANK OF AMERICA, N.A.,**

                 **Plaintiff,**  : Case No.: 11 CV 4135 BSJ

   -against-

**KENT M. SWIG, ELIZABETH M. SWIG, THE 740 CORPORATION, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,**

: **ACKNOWLEDGMENT OF SERVICE AND WAIVER OF SUMMONS**

                 **Defendants.**
------------------------------------------------------------------ x

The undersigned represents that he is authorized to accept service of process in the above-captioned matter on behalf of defendant The 740 Corporation, further acknowledges that the Verified Complaint, Civil Cover Sheet, Help for Homeowners in Foreclosure Notice, Rule 7.1 Statement, Chambers Rules for the Honorable Barbara S. Jones, U.S.D.J., Chambers Rules for the Honorable Debra Freeman, U.S.M.J., Electronic Case Filing Rules & Instructions for the Southern District of New York and a Summons for The 740 Corporation were served and

accepted by the undersigned, as counsel for defendant The 740 Corporation, on June 23, 2011, and hereby waives service of a Summons in this matter.

Dated: New York, New York
       June 23, 2011

                              SATTERLEE STEPHENS BURKE & BURKE LLP
                              Attorneys for Defendant The 740 Corporation

By: /s/ J. Gregory Saver
                              J. GREGORY SAVER
                              230 Park Avenue, Suite 1130
                              New York, New York 10169
                              212-818-9200
                              212-818-9606 (facsimile)
                              jsaver@ssbb.com

4655310v.1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of New York

Bank of America, N.A. )
)
*Plaintiff* )
)
v. )  Civil Action No.  11-cv-
)
Kent M. Swig, Elizabeth M. Swig, The 740 )
Corporation & "John Doe #1" through "John Doe #10" )
*Defendant* )

JUDGE JONES

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The 740 Corporation
c/o Brown Harris Stevens Residential Management, LLC
770 Lexington Avenue
New York, New York 10065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel F. Flores
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 E 42nd Street
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

JUN 1 7 2011

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## NOTICE

## YOU ARE IN DANGER OF LOSING YOUR HOME

If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.

Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.

Sending a payment to your mortgage company will not stop this foreclosure action.

**YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.**

4647747v.1