Daniel F. Flores
Marie Polito Hofsdal
Kathleen A. Daly
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 E. 42nd Street
New York, NY 10017
Telephone:	(212) 490-3000
Facsimile:	(212) 490-3038

Attorneys for Plaintiff, Bank of America, N.A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x
**BANK OF AMERICA, N.A.,**

                **Plaintiff,**     Case No.: 11 CV 4135 BSJ

   -against-

**KENT M. SWIG, ELIZABETH M. SWIG, THE 740 CORPORATION, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,**

                **Defendants.**
--------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE**, that I am a partner in the firm of Wilson Elser Moskowitz Edelman & Dicker LLP and hereby appear on behalf of Plaintiff Bank of America, N.A. in the above-captioned action.

                          /s/ Marie Polito Hofsdal
                                     Signature
                     Marie Polito Hofsdal (MP7042)

         150 East 42nd Street, New York, New York 10017
                             Office Address

                             212-490-3000
                            Office Telephone

               marie. hofsdal@wilsonelser.com
                              Email Address