UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
BANK OF AMERICA, N.A.,                                              :   Civil Action No.: 11-cv-4135 (BSJ)
                                                                    :
       Plaintiff,                                                   :   Filed Electronically
                                                                    :
           -against-                                        :   **NOTICE OF APPEARANCE**
                                                                    :
KENT M. SWIG, ELIZABETH M. SWIG, THE 740                            :
CORPORATION, and "JOHN DOE #1" through                              :
"JOHN DOE #10," the last ten names being fictitious                 :
and unknown to plaintiff, the persons or parties intended           :
being the tenants, occupants, persons or corporations, if           :
any, having or claiming an interest in or lien upon the             :
premises described in the Complaint,                                :
                                                                    :
       Defendants.                                                  :
                                                                    :
------------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance on behalf of defendant, Elizabeth M. Swig. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 27, 2011

                                                       **MEISTER SEELIG & FEIN LLP**

                                                       By:_____
                                                          David E. Ross
                                                 2 Grand Central Tower
                                                 140 East 45th Street, 19th Floor
                                                 New York, New York 10017
                                                 (212) 655-3500
                                                 *Attorneys for Defendant Elizabeth M. Swig*

(4449-002) Doc# 433