UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :   ORDER OF REFERENCE
                                                            :   TO A MAGISTRATE JUDGE
Plaintiff,   Bank of America, N.A.                          :
                                                            :   11-cv-04135  ( BSJ )(DCF )
     -v-                                                    :
                                                            :   USDC SDNY
                                                            :   DOCUMENT
Defendant.   Swig et al                                     :   ELECTRONICALLY FILED
                                                            :   DOC #: _____
                                                            x   DATE FILED: 8/1/11
------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions:_____

*Do not check if already referred for general pretrial.

Dated 7/5/11 8/1/11

SO ORDERED:

_____
United States District Judge