UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
BANK OF AMERICA, N.A.,                                               :   Civil Action No.:  11-cv-4135 (BSJ)
                                                                     :
        Plaintiff,                                                :   Filed Electronically
                                                                     :
                -against-                                      :   **NOTICE OF APPEARANCE**
                                                                     :
KENT M. SWIG, ELIZABETH M. SWIG, THE 740                             :
CORPORATION,  and "JOHN DOE #1" through                              :
"JOHN DOE #10," the last ten names being fictitious                  :
and unknown to plaintiff, the persons or parties intended            :
being the tenants, occupants, persons or corporations, if            :
any, having or claiming an interest in or lien upon the              :
premises described in the Complaint,                                 :
                                                                     :
        Defendants.                                              :
                                                                     :
-------------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

      Please enter my appearance on behalf of defendant, Elizabeth M. Swig.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 1, 2011

                                              /s/ Stephen B. Meister
                                              STEPHEN B. MEISTER
                                              **MEISTER SEELIG & FEIN LLP**
                                              2 Grand Central Tower
                                              140 East 45th Street, 19th Floor
                                              New York, New York 10017
                                              (212) 655-3500
                                              *Attorneys for Defendant Elizabeth M. Swig*

(4449-002) Doc# 438