UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF AMERICA, N.A.,

                      Plaintiff,

      -against-

KENT M. SWIG, ELIZABETH M. SWIG, THE 740
CORPORATION, and "JOHN DOE #1" through
"JOHN DOE #10," the last ten names being fictitious
and unknown to plaintiff, the persons or parties intended
being the tenants, occupants, persons or corporations, if
any, having or claiming an interest in or lien upon the
premises described in the Complaint,

                      Defendants.
------------------------------------------------------------X

Docket No. 11-cv-4135 (BSJ)

**STIPULATION EXTENDING
TIME TO ANSWER
COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/11

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff, BANK OF AMERICA, N.A. and the attorneys for defendant, Elizabeth M. Swig that the Elizabeth Swig's time to answer and/or otherwise respond to the Complaint in the above captioned action is extended to August 3, 2011; and

IT IS FURTHER STIPULATED AND AGREED that for purposes of this Stipulation, facsimile signatures shall operate with the same force and effect as original signatures.

Dated: New York, New York
       July 25, 2011
          27

WILSON ELSER MOSKOWITZ EDEMAN &
DICKER, LLP

By: _____
    Daniel F. Flores
    Marie Polito Hofsdal
    Kathleen Daly
150 East 42nd Street
New York, NY 10017
(212) 490-3000
*Attorneys for Plaintiff*

MEISTER SEELIG & FEIN LLP

By: _____
    Stephen B. Meister
    Alexander D. Pencu
    David E. Ross
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500
*Attorneys for Defendant Elizabeth M. Swig*

4449-002 Doc# 432

**SO ORDERED:**

_____
U.S.D.J.

8-2-11