Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X



BANK OF AMERICA, N.A.,

                                    Plaintiff,          Docket No. 11-cv-4135 (BSJ)

          -against-                                     **STIPULATION EXTENDING
                                                        TIME TO ANSWER
KENT M. SWIG, ELIZABETH M. SWIG, THE 740                COMPLAINT**
CORPORATION, and "JOHN DOE #1" through
"JOHN DOE #10," the last ten names being fictitious
and unknown to plaintiff, the persons or parties intended
being the tenants, occupants, persons or corporations, if
any, having or claiming an interest in or lien upon the
premises described in the Complaint,

                                    Defendants.
------------------------------------------------------------------X

          IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff,

BANK OF AMERICA, N.A. and the attorneys for defendant, Elizabeth M. Swig, that Elizabeth Swig's

time to answer and/or otherwise respond to the Complaint in the above captioned action is extended

from August 3, 2011 to August 5, 2011; and

          IT IS FURTHER STIPULATED AND AGREED that for purposes of this Stipulation, facsimile

signatures shall operate with the same force and effect as original signatures.

Dated: New York, New York
          August 1, 2011


WILSON ELSER MOSKOWITZ EDEMAN &           MEISTER SEELIG & FEIN LLP
DICKER, LLP



By:_____        By:_____
          Daniel F. Flores                          Stephen B. Meister
          Marie Polito Hofsdal                      Alexander D. Pencu
          Kathleen Daly                             David E. Ross
150 East 42nd Street                       2 Grand Central Tower
New York , NY 10017                        140 East 45th Street, 19th Floor
(212) 490-3000                             New York, New York 10017
*Attorneys for Plaintiff*                  (212) 655-3500
                                           *Attorneys for Defendant Elizabeth M. Swig*


4449-002 Doc# 432

                                           **SO ORDERED:**

                                           _____
                                                        U.S.D.J.

                                           8-2-11