UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
BANK OF AMERICA, N.A.,                                              :  Civil Action No.: 11-cv-4135 (BSJ)
                                                                    :
        Plaintiff,                                                  :  Filed Electronically
                                                                    :
        -against-                                                  :  **NOTICE OF MOTION**
                                                                    :
KENT M. SWIG, ELIZABETH M. SWIG, THE 740                            :
CORPORATION,  and "JOHN DOE #1" through                             :
"JOHN DOE #10," the last ten names being fictitious                 :
and unknown to plaintiff, the persons or parties intended           :
being the tenants, occupants, persons or corporations, if           :
any, having or claiming an interest in or lien upon the             :
premises described in the Complaint,                                :
                                                                    :
        Defendants.                                                 :
                                                                    :
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE,** that Defendant Elizabeth M. Swig, by her undersigned attorneys and upon the accompanying Declaration of Stephen B. Meister dated August 5, 2011, the Memorandum of Law in Support of Defendant Elizabeth M. Swig's Motion to Dismiss and all accompanying exhibits, moves this court at the Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York 10007, before the Honorable Barbara Jones for an order dismissing the Complaint or otherwise staying the action on abstention grounds.

Dated: New York, New York
       August 5, 2011          MEISTER SEELIG & FEIN LLP

                   By: /s/ David E. Ross
                     Stephen B. Meister
                     Alexander D. Pencu
                     David E. Ross
                     2 Grand Central Tower
                     140 East 45th Street, 19th Floor
                     New York, New York 10017
                     (212) 655-3500
                     *Attorneys for Defendant*
                     *Elizabeth M. Swig*

(4449-002) Doc# 445